# UNITED STATES DISTRICT COURT
Western ~~DISTRICT~~ DISTRICT OF MISSOURI
Western   **DIVISION**

)
;
)
Anthony E. Myers

*(Write the full name of the plaintiff in this action.*
*Include prisoner registration number.)*

Case No: _____
*(to be assigned by Clerk of District Court)*

)
v.    Leavenworth Core Civic of
Detention Center   America   Leavenworth

Plaintiff Requests Trial by Jury
_____Yes   _____No

)
)
)
;
)
*(Write the full name of each defendant. The caption*    )
*must include the names of all of the parties.*    )
*Fed. R. Civ. P. 10(a). Merely listing one party and*    )
*writing "et al." is insufficient. Attach additional*    )
*sheets if necessary.)*    )

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

### *NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepayment of fees and costs.*

# I.   The Parties to this Complaint

## A.   The Plaintiff

Name:   _Anthony F. Myers_

Other names you have used: _____

Prisoner Registration Number: ___33133-045___

Current Institution:   _Atwater United States Penitentiary_

Indicate your prisoner status:

____ Pretrial detainee          ____ Convicted and sentenced state prisoner

____ Civilly committed detainee    _X_ Convicted and sentenced federal prisoner

____ Immigration detainee        ____ Other (explain): _____

## B.   The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

### Defendant 1

Name:   _Core Civic of America_

Job or Title:   _Federal Holding Contracter_

Badge/Shield Number: _____

Employer: _____

Address: _____

____ Individual Capacity          ____ Official Capacity

2

**Defendant 2**

Name: _Leavenworth Detention Center / Wordon Thomas_

Job or Title: _Federal Detention Center_

Badge/Shield Number: _____

Employer: _Core Civic of America; ☒ Wordon Thomas_

Address: _____

_____ Individual Capacity          _____ Official Capacity

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

Having to jump from the top bunk because of no safe way to get up or down from top bunk, I tore my quad in my Right thigh and after seeking medical attention found that I needed a emergancy surgery. I had suffered excrusiating pain for 4 months and was not giving any medication from medical staff after surgery. I still have complacation with leg locking up and pain and a popping sound that being going on since surgery. All records are in Leavenworth Detention Center and Medical Records. Marshells were aware and later issued chairs to get up and down from bunk maybe a year later. This happend in sept 2018, and in "R" Pod in cell 202. I have 7" incision which could of been prevented if latters were installed to get up and down from bunks.

## III.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I ripped my quadrucept and had to get it corrected back to my knee. I had surgery which I recieved a 7 inch cut on knee up to 3 to 4 inchs up my thigh. I was in a wheel chair and still sometimes walks with a cane.

4

## IV.   Relief

State briefly and precisely what you want the Court to do for you.  Do not make legal arguments.
Do not cite any cases or statutes.  If you are requesting money damages, include the amounts of
any actual damages and/or punitive damages you are claiming.  Explain why you believe you are
entitled to recover those damages.  *I was not enjured prier to being made
to sleep in a asigned bunk and was not provided anything to
safely get on and off bunk. I want $200,000.⁰⁰ for enjuries, pain
and suffering and for future pain and suffering. This is and
was a life changing experience. I may be riddled with the
use of a caine until I die.*

## V.   Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action
shall be brought with respect to prison conditions under section 1983 of this title, or any other
Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such
administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed
if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other
correctional facility?

___✓___ Yes            _____ No

If yes, name the jail, prison or other correctional facility where you were confined at the
time of the events giving rise to your claim(s):   *Leavenworth Detention Center / CCA
Corecivic America*

B.   Does the jail, prison or other correctional facility where your claim(s) arose have
a grievance procedure?

___✓___ Yes            _____ No            _____ Do not know

C.   If yes, does the grievance procedure at the jail, prison or other correctional facility
where your claim(s) arose cover some or all of your claims?

___✓___ Yes            _____ No            _____ Do not know

If yes, which claim(s)?   *my injury from bunk, my not getting proper medical treatment, no pain medication after surgery*

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

✓ Yes          _____ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

_____ Yes          ✓ No

E.   If you did file a grievance: YES

1.   Where did you file the grievance?   *Leavenworth Detention Center/ CCA*

2.   What did you claim in your grievance? (*Attach a copy of your grievance, if available*)   *That I ~~were complaining~~ in pain and not getting medical attention for my leg. I injured it getting off my bunk. I been six months and Medical staff are not trying to see me or give me meds for pain.*

3.   What was the result, if any? (*Attach a copy of any written response to your grievance, if available*)   *The US Marshell talk to me and told me he'll handle it. They put me in to see outside Doctor, who said he'll put me in for emergancy surgery. Two weeks Later I went in for surgery. Six and a half months after injury.*

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*) I didn't due to the surgery that happen emediately. My grevance went and got denied twice and I did a emergancy Grewance Peceadure, which cause me to speak to the Marshell when he did a walk through. I spoke to medical staff sup about grewance twice

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: All medical staff. Ms. Thomas, wordan Hannah, nurse

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. AFTER Surgery and recovery I didn't worry just wanted to see results. Now I get a clocking when I bend my knee an a constent pain, and it cramps frekquently.

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)

7

## VI.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A.   To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

_____ Yes          _____ No

If yes, state which court dismissed your case and when it was dismissed. Attach a copy of the court's order, if possible.

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

_____ Yes          _____ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

1.   Parties to the previous lawsuit

Plaintiff _____

Defendant(s) _____

2.   Court (*if federal court, name the district; if state court, name the state and county*)

3.   Docket or case number _____

4.   Name of Judge assigned to your case _____

8

5.      Approximate date of filing lawsuit _____

6.      Is the case still pending?

        _____ Yes

        _____ No (*If no, give the approximate date of disposition*):_____

7.      What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)



C.      Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?      Not Sure

        _____ Yes            _____ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1.      Parties to the previous lawsuit

        Plaintiff_____

        Defendant(s) _____

2.      Court (*if federal court, name the district; if state court, name the state and county*)



3.      Docket or case number _____

4.      Name of Judge assigned to your case _____

5.      Approximate date of filing lawsuit _____

9

6.   Is the case still pending?

_____ Yes

_____ No  (*If no, give the approximate date of disposition*):_____

7.   What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

## VII.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __19__ day of __June_____, 20 _23_.

Signature of Plaintiff        Antony Myers

10

Anthony E. Myers # 33133-045
United States Penitentiary- Atwater
P.o. Box 019001
Atwater, Ca. 95301

RECEI'

2023 JUN 26

U.S. D
KANSAS

Legal
Mail

6410682600 0015

Att: Court Clerk
United States District Court
400 E. 9th Street
Kansas City, Mo. 64106